```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIM BABAD and CONGREGATION KAHAL MINCHAS CHURCH,

                         Defendants-Appellants,

                  -against-

45 JOHN LOFTS, LLC,

                         Plaintiff-Appellee.

1:23-cv-5357 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter motion filed by Defendants-Appellants, which is accompanied by proof of an appeal bond. [*See* ECF No. 24.] The Court is also in receipt of a letter, filed by Plaintiff-Appellee, complaining that Defendants-Appellants "ignore[d] this Court's . . . Order [dated] November 28" and requesting "the opportunity to file a response by 5:00 P.M. on Friday, December 1, 2023." [*See* ECF No. 26.]

    As an initial matter, the Court will not enter a stay of the Bankruptcy Turnover Order at this time. The appeal bond should be amended to bond any potential liability of **both** Defendant**s**-Appellant**s**.

    **The parties are HEREBY DIRECTED to cease filing unnecessary and vexatious letters on the docket and repetitiously contacting Chambers.** The parties are FURTHER DIRECTED to apprise themselves of the Individual Rules of Practice of this Court.[1] The parties

---

[1] Relevant here, Individual Rule 4.B states that any party opposing a letter motion may "submit a letter setting forth its position, within three business days after the initial letter motion is received." *See* Individual Rule of Practice in Civil Cases 4.B. For this reason, Plaintiff-Appellee's letter request dated November 29, 2023 [*see* ECF No. 26] was <u>entirely unnecessary</u>.

1

shall only file appropriate and proper pleadings on the docket in the future, so as not to continue wasting judicial time and resources.

The Clerk of Court is respectfully requested to terminate docket entry number 24.

**SO ORDERED.**

Date:  **November 29, 2023**
       **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**