```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIM BABAD and CONGREGATION KAHAL
MINCHAS CHURCH,

                  Defendants-Appellants,

-against-

45 JOHN LOFTS, LLC,

                  Plaintiff-Appellee.

1:23-cv-5357 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Defendants-Appellants' motion for a stay filed on November 30, 2023. [ECF No. 29.] Pursuant to Local Civil Rule 6.1(b), "[o]n all civil motions . . . [a]ny opposing affidavits and answering memoranda shall be served **within fourteen days** after service of the moving papers." *See* Local Civil Rule 6.1(b); *see also* Individual Rule of Practice in Civil Cases 4.A(v) ("Unless otherwise stipulated by the Court, the schedule for responses and replies to civil motions shall be that established by Local Civil Rule 6.1."). Plaintiff-Appellee's time to oppose the motion has not yet expired. The Court will rule on the motion in due course.

    The parties are HEREBY DIRECTED to **immediately cease** inappropriately and repetitiously contacting Chambers, via calls and/or email. **Failure to comply with this Order and any other Orders in this case, the Local Rules, or the Court's Individual Rules of Practice[1] may result in sanctions, including personal monetary sanctions on counsel if counsel continues to harass Chambers.**

---

[1] Individual Rule 2.D expressly states that "telephone calls to Chambers are permitted *only* for urgent matters." (emphasis added).

1

**SO ORDERED.**

**Date:  December 6, 2023**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**